ACCEPTED
12-14-00240CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/13/2015 4:31:20 PM
CATHY LUSK
CLERK

## NO. 12-14-00240-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/13/2015 4:31:20 PM
CATHY S. LUSK
Clerk

**IN THE**

**TWELFTH COURT OF APPEALS**

**TYLER, TEXAS**

**MARC ERIC EMANUEL, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**STATE'S MOTION TO
EXTEND TIME FOR FILING STATE'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her Assistant Criminal District Attorney, Scott C. Holden, and hereby requests an extension of the time period for the filing of the State's Brief and in support of same would show the court as follows:

1.  Appellant's brief was filed with this honorable Court on July 14, 2015.

2.  The State's Brief is due on or before August 13, 2015.

3.  This is the State's first request for an extension.

4.  This assistant district attorney prepared for and tried an Aggravated Assault with Deadly Weapon (2 counts) and Felon in Possession of a Firearm case the week of July 20, 2015.

5.  This assistant district attorney prepared for and tried an Aggravated Robbery,

Aggravated Kidnapping, Burglary of a Habitation, and Injury to the Elderly case the week of July 27, 2015.

6. The Court Reporter's Record was not filed with the Anderson County District Clerk and this assistant district attorney was only able to procure a copy of said record on August 12, 2015

7. Due to the above circumstances, the undersigned will not be able to complete the State's brief by the current due date. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's brief in this cause for 30 days making the due date approximately September 14, 2015.

Respectfully submitted by,

SCOTT C. HOLDEN,
1st ASSISTANT DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's

Brief has been sent by email to Stephen Evans, this the 13th day of August, 2015.

SCOTT C. HOLDEN,
1st ASSISTANT DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795

**THE STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **SCOTT C. HOLDEN**

who states on oath that the facts contained in the State's Motion for Extension of Time to File Brief

in <u>MARC ERIC EMANUEL vs. The State of Texas</u>, (Trial Court Cause Nos. 31159 in the Third

Judicial District Court of Anderson County), Case No. **12-14-00240-CR** in the Twelfth Court of

Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**SCOTT C. HOLDEN, 1ˢᵗ ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

Given under my hand and seal of office this the 13th day of August, 2015.

NOTARY PUBLIC
FOR THE STATE OF TEXAS
COUNTY OF ANDERSON

BILLIE J. YATES
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
11-13-2018

MY COMMISSION EXPIRES: 11/13/18